602

certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Assistant Solicitor General Fahy* and *Mr. Gerard D. Reilly* for petitioner. *Messrs. Eugene P. Locke* and *Maurice E. Purnell* for respondent.

No. 154. EXHIBIT SUPPLY CO. *v.* ACE PATENTS CORP.;
No. 155. GENCO, INC. *v.* ACE PATENTS CORP.; and
No. 156. CHICAGO COIN MACHINE CO. *v.* ACE PATENTS CORP. See *post,* p. 705.

No. 665. PENCE *v.* UNITED STATES. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* granted. *Mr. William B. Collins* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Julius C. Martin, Fendall Marbury,* and *Keith L. Seegmiller* for the United States.

No. 272. MILES ET AL. *v.* ILLINOIS CENTRAL RAILROAD CO. November 10, 1941. Petition for writ of certiorari to the Court of Appeals of Tennessee granted. *Messrs. William G. Cavett* and *Louis E. Miller* for petitioners. *Messrs. Marion G. Evans, Thos. A. Evans, Clinton H. McKay,* and *Chas. A. Helsell* for respondent.

No. 658. UNITED STATES TO THE USE OF NOLAND COMPANY, INC. *v.* IRWIN ET AL. November 10, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Messrs. Bynum E. Hinton* and *Alexander M. Heron* for petitioner. *Messrs. Prentice E. Edrington* and *Amasa M. Holcombe* for respondents.